**SO ORDERED.**

**SIGNED this 01 day of October, 2009.**

*J. Rich Leonard*
United States Bankruptcy Judge

---

747.0000112

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE | ) Case No. 08-02222 |
| | ) |
| Brian R. Wills and | ) Chapter 13 |
| Myra Lynn Will, | ) |
| | ) |
| Debtors. | ) |
| | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**THIS MATTER**, coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, upon the motion by U.S. Bank, N.A. (hereinafter "Movant") for relief from the automatic stay regarding the Debtors' real property located at 214 Bellhammon Forest Drive, Rocky Point, NC 28457;

That for good cause shown relief from the automatic stay should be granted to Movant, or any successor-in-interest, with respect to the Debtors' real property located at 214 Bellhammon Forest Drive, Rocky Point, NC 28457;

**WHEREFORE, IT IS HEREBY ORDERED** that Movant, or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of the Debtors' real property located at 214 Bellhammon Forest Drive, Rocky Point, NC 28457;

**IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

"END OF DOCUMENT"